Bryan J. Ure, Esq.
Nevada Bar No. 11004
   bure@murchisonlaw.com
Tyler N. Ure, Esq.
Nevada Bar No. 11730
   ture@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant, UNICARRIERS AMERICAS CORPORATION F/K/A NISSAN FORKLIFT CORPORATION, NORTH AMERICA A SUBDIVISION OF MITSUBICHI LOGISNEXT EUROPE S.A.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CANNON COCHRAN MANAGEMENT SERVICES (CCMSI), a registered Nevada Foreign Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>H&E EQUIPMENT SERVICES, INC., a registered Nevada Foreign Corporation, UNICARRIERS AMERICAS CORPORATION F/K/A NISSAN FORKLIFT CORPORATION, NORTH AMERICA A SUBDIVISION OF MITSUBISHI LOGISNEXT EUROPE S.A., a registered Illinois Corporation, DOES I through X, and/or ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | CASE NO. 2:24-cv-02250-HAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>ECF No. 22 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Defendants H&E EQUIPMENT SERVICES, INC., UNICARRIERS AMERICAS CORPORATION F/K/A NISSAN FORKLIFT CORPORATION, NORTH AMERICA A SUBDIVISION OF MITSUBISHI LOGISNEXT

EUROPE S.A., Plaintiff CANNON COCHRAN MANAGEMENT SERVICES, Third-Party Defendant CZARNOWSKI DISPLAY SERVICE, INC. and Third-Party Plaintiff H&E EQUIPMENT SERVICES, INC by and through their attorneys of record, that any and all claims among and between the above-named parties be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

| STIPULATED AND AGREED TO this 5th day of November, 2025. | STIPULATED AND AGREED TO this 5th day of November, 2025. |
|---|---|
| **MURCHISON & CUMMING, LLP** | **GILSON DAUB, LLP** |
| /s/ Tyler N. Ure | /s/ Matthew W. Smith |
| Bryan J. Ure, Esq.<br>Nevada Bar No. 11004<br>Tyler N. Ure, Esq.<br>Nevada Bar No. 11370<br>350 South Rampart Boulevard, Suite 320<br>Las Vegas, Nevada 89145<br>Attorneys for Defendant, UNICARRIERS AMERICAS CORPORATION F/K/A NISSAN FORKLIFT CORPORATION, NORTH AMERICA A SUBDIVISION OF MITSUBICHI LOGISNEXT EUROPE S.A. | Matthew W. Smith, Esq.<br>Nevada Bar No. 13586<br>Catherine E. Galvez, Esq.<br>Nevada Bar No. 16699<br>2760 Lake Sahara Dr. Ste. 109.<br>Las Vegas, NV 89117<br>Attorneys for Plaintiff, CANNON COCHRAN MANAGEMENT SERVICES and Third-Party Defendant CZARNOWSKI DISPLAY SERVICE, INC |

STIPULATED AND AGREED TO
this 5th day of November, 2025.

**RAY LEGO & ASSOCIATES**

 /s/ Kevin P. King
Kevin P. King, Esq.
Nevada Bar No. 7405
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Attorneys for Defendant, Third-Party Plaintiff, H&E EQUIPMENT SERVICES, INC

///
///
///
///

### ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2025